10/23/2008 14:08 FAX 415 433 7104  ROSEN BIEN GALVAN  ☑002
Case 3:11-cv-01076-BR   Document 118   Filed 10/28/08   Page 1 of 4
Oct-14-08  09:16am  From-BURNHAM BROWN  +510 835 6666  T-016  P.003/006  F-164
Case 3:08-cv-01190-SI   Document 104   Filed 10/24/2008   Page 1 of 4

1 Sanford Jay Rosen, State Bar No. 62566
2 Maria V. Morris, State Bar No. 223903
  Lori E. Rifkin, State Bar No. 244081
3 ROSEN, BIEN & GALVAN, LLP
  315 Montgomery Street, Tenth Floor
4 San Francisco, CA 94104
  Telephone: (415) 433-6830
5 Facsimile: (415) 433-7104

6 Attorneys for Plaintiffs

7 (Additional Counsel for Plaintiffs on the following page)

8

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12 | | Case Nos. C 08-1190-SI, C 08-1184-SI |
|---|---|
| 13  CLAUDE BRYANT, et al., On behalf of themselves and all employees similarly situated, | STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND NOTICE OF APPEARANCE OF NEW COUNSEL |
| 14 | |
| 15  Plaintiffs, | |
| 16  v. | |
| 17  SERVICE CORPORATION INTERNATIONAL, et al., | |
| 18 | |
| 19  Defendants. | |
| 20 | |
| 21  WILLIAM HELM, et al. On behalf of themselves and all employees similarly situated, | |
| 22  Plaintiffs, | |
| 23  v. | |
| 24  ALDERWOODS GROUP, INC., et al. | |
| 25  Defendants. | |

26    PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby

27 substitute one of their counsel and attorneys of record as in this matter as follows:

28 Former Counsel:    Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR    1    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

10/23/2008 14:06 FAX 415 433 7104 ROSEN BIEN GALVAN ☒003
Oct-14-08 09:18am From-BURNHAM BROWN +510 835 6666 T-016 P.004/006 F-164
Case 3:11-cv-01076-BR Document 118 Filed 10/28/08 Page 2 of 4
Case 3:08-cv-01190-SI Document 104 Filed 10/24/2008 Page 2 of 4

|   |   |   |
|---|---|---|
| 1 | | Sanford Jay Rosen |
|   | | Maria V. Morris |
|   | | Lori E. Rifkin |
| 2 | | 315 Montgomery Street, Tenth Floor |
|   | | San Francisco, CA 94104 |
| 3 | | (415) 433-6830 |
| 4 | New Counsel: | Burnham Brown |
|   | | Robert M. Bodzin |
| 5 | | P.O. Box 119 |
|   | | Oakland, California 94604-0119 |
| 6 | | (510) 444-6800 |

7  PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON

8  LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

10  DATED: October 23, 2008          ROSEN, BIEN & GALVAN, LLP

12                                    By _____
13                                    Sanford Jay Rosen, State Bar No. 62566
                                      Maria V. Morris, State Bar No. 223903
14                                    Lori E. Rifkin, State Bar No. 244081

15                                    315 Montgomery Street, Tenth Floor
                                      San Francisco, CA 94104
16                                    Telephone: (415) 433-6830

17  DATED: October 23, 2008          BURNHAM BROWN

19                                    By _____
20                                    Robert M. Bodzin, State Bar No. 201327
                                      P.O. Box 119
21                                    Oakland, CA 94604-0119
                                      Telephone: (510) 444-6800

STIP OF SUBSTITUTION OF COUNSEL FOR     2     Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL.

10/23/2008 14:08 FAX 415 399 7100 ROSEN BIEN GALVAN Case 3:11-cv-01076-BR Document 118 Filed 10/28/08 Page 3 of 4 @004
Oct-14-08 09:19am From-BURNHAM BROWN Case 3:08-cv-01190-SI Document 104 Filed 10/24/08 Page 3 of 4
+510 835 6666 T-016 P.006/006 F-164

1 Additional Counsel for Plaintiffs

2 J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
3 Annette Gifford, NY Attorney No. 4105870
DOLIN, THOMAS & SOLOMON LLP
4 693 East Avenue
Rochester, NY 14607
5 Telephone: (585) 272-0540
Facsimile: (585) 272-0574
6
Charles H. Saul, PA State Bar No. 19938
7 MARGOLIS EDELSTEIN
525 William Penn Place, Suite 3300
8 Pittsburgh, PA 15219
Telephone: (412) 281-4256
9 Facsimile: (412) 642-2380

STIP OF SUBSTITUTION OF COUNSEL FOR 4 Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

1  PURSUANT TO STIPULATION
   IT IS SO ORDERED
2
3  DATED: October ___, 2008

   *Susan Illston* (signature)
   _____
4  HONORABLE SUSAN ILLSTON
   UNITED STATES DISTRICT COURT

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP OF SUBSTITUTION OF COUNSEL FOR   3   Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL