1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   JOHN A. MASON, ESQ. SB# 166996
3  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
4  Roseville, CA  95661-3805
   Telephone      (916) 797-3100
5  Facsimile      (916) 797-3131

6  Attorneys for Defendants

7  ALDERWOODS GROUP, INC., PAUL
   HOUSTON, SERVICE CORPORATION
8  INTERNATIONAL, SCI FUNERAL AND
   CEMETERY PURCHASING COOPERATIVE,
9  INC., SCI EASTERN MARKET SUPPORT
   CENTER, L.P., SCI WESTERN MARKET
10 SUPPORT CENTER, L.P. and SCI HOUSTON
11 MARKET SUPPORT CENTER, L.P.

12

13                     UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15

16

17 WILLIAM HELM, et al., on behalf of          )   CASE NO.  3:08-cv-01184  SI
   themselves and all other employees and former )
18 employees similarly situated,                )
                                                )   **[PROPOSED] ORDER CONTINUING
19                Plaintiffs,                    )   HEARING ON MOTIONS TO DISMISS
          vs.                                    )   AND SCHEDULING MOTION TO
20                                               )   COMPEL**
21 ALDERWOODS GROUP, INC. et al.                 )
                                                 )
22                Defendants.                    )
                                                 )
23 _____)

24
           Pursuant to the Stipulation of counsel and good cause appearing, the Court orders as
25
   follows:
26
       1.     Defendants shall serve supplemental responses to Interrogatories Nos. 4-11, 14-15,
27

28 [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND
   SCHEDULING MOTION TO COMPEL                                                                1
   Case No.:  3:08-CV-01184 SI

1  17-19, and 21-23 and to Document Requests Nos. 2-9, 12-13, 15-17, 19-21, as well as any other
2  supplemental responses Defendants intend to provide, on or before January 23, 2009.

3      2.    Following such production, the parties will meet and confer and, no later than
4  January 30, 2009, will submit a joint report notifying the Court either that Plaintiffs intend to file a
5  Motion to Compel or submitting a proposal as to when the Motions to Dismiss should be heard.

6      3.    Should Plaintiffs elect to file a Motion to Compel, the Court will hear argument on
7  Plaintiffs' Motion to Compel on March 20, 2009, or on such other date as the Court shall
8  determine.

9      4.    Plaintiffs' Motion to Compel shall be due not less than 35 days prior to the hearing
10 date, Defendant's opposition shall be due not less than 21 days before the hearing date, and
11 Plaintiffs' reply shall be due not less than 14 days before the hearing date.

12     5.    The hearing on Defendants' Motions to Dismiss and the Further Case Management
13 Conference, both of which are currently scheduled for February 20, 2009, shall be continued to a
14 date to be determined at the hearing on any Motions to Compel.   Hearings continued to 3/20/09

**IT IS SO ORDERED:**

_____
The Honorable Susan Illston

**AGREED TO:**

/s/ Annette Gifford                                    /s/ Nicholas P. Forestiere
Dolin, Thomas & Solomon LLP                            Gurnee & Daniels LLP
693 East Avenue                                        2240 Douglas Boulevard, Suite 150
Rochester, New York 14607                              Roseville, California 95661
Telephone: (585) 272-0540                              Telephone: (916) 797-3100

Attorneys for Plaintiffs                               Attorneys for Defendant Service Corporation
                                                       International

[PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND
SCHEDULING MOTION TO COMPEL      2
Case No.: 3:08-CV-01184 SI