BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. The hearing date for Plaintiffs' Motion for Rule 23 Certification (Docket No. 187), previously set for December 16, 2009 is moved to **December 17, 2009 at 10:00 a.m.**

[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION

1

Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: October 29, 2009

| | |
|---|---|
| By: /s/ J. Nelson Thomas<br>J. Nelson Thomas (*pro hac vice*)<br>Patrick J. Solomon (*pro hac vice*)<br>Annette Gifford (*pro hac vice*)<br>THOMAS & SOLOMON LLP<br>693 East Avenue<br>Rochester, NY  14607<br>Telephone:  585-272-0540<br>Facsimile:  585-272-0574<br><br>Robert M. Bodzin, State Bar No. 201327<br>BURNHAM BROWN<br>P.O. Box 119<br>Oakland, CA 94604<br>Telephone: (510) 835-6833<br>Facsimile:  (510) 835-6666<br><br>Charles H. Saul (*pro hac vice*)<br>Liberty J. Weyandt (*pro hac vice pending*)<br>Kyle T. McGee (*pro hac vice*)<br>MARGOLIS EDELSTEIN<br>525 William Penn Place<br>Suite 3300<br>Pittsburgh, PA 15219<br>Telephone:  412-281-4256<br>Facsimile:  412-642-2380<br><br>Counsel for Plaintiffs | By: /s/ John A. Mason<br>Steven H. Gurnee<br>Nicholas P. Forestiere<br>John A. Mason<br>GURNEE & DANIELS LLP<br>2240 Douglas Blvd, Suite 150<br>Roseville, CA 95648<br>Telephone:  916-797-3100<br>Facsimile:  916-797-3131<br><br>Counsel for Defendant |

[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION

2

Case No.:  3:08-CV-01184 SI