```
1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>　　　　　　Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER EXTENDING TIME TO SUBMIT RESPONSIVE AND REPLY BRIEFING** |

　　　Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

　　　1.　　Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

　　　2.　　Defendant's reply to that motion shall be filed and served no later than **Monday, May 24, 2010**.

[PROPOSED] ORDER EXTENDING TIME　　　　　　　　　　CASE NO.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**          Honorable Susan Illston
                                United States District Court

                                _/s/ Susan Illston_____

**AGREED TO:**

By: /s/ Annette Gifford_____    By: /s/ John A. Mason_____
    J. Nelson Thomas (*pro hac vice*)        Steven H. Gurnee
    Patrick J. Solomon (*pro hac vice*)       Nicholas P. Forestiere
    Annette Gifford (*pro hac vice*)          John A. Mason
    THOMAS & SOLOMON LLP                      GURNEE & DANIELS LLP
    693 East Avenue                           2240 Douglas Blvd, Suite 150
    Rochester, NY 14607                       Roseville, CA 95648
    Telephone: 585-272-0540                   Telephone: 916-797-3100
    Facsimile: 585-272-0574                   Facsimile: 916-797-3131

    Robert M. Bodzin, State Bar No. 201327    Counsel for Defendant
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs